Principal Life Insurance Company
Attn: RIS Annuity Services
PO Box 9382
Des Moines, IA 50306-9382



November 21, 2022

Joel Michael Vernazzaro
90 Bartlett Rd
Plymouth MA  02360

Re:  Annuity No. 8102880
     Owner:  Mario Vernazzaro

Dear Joel

Principal Life Insurance Company (Principal) has contacted you on 7 different occasions requesting that you contact us concerning the death benefit amount issued to you regarding the annuity contract referenced above.

To date we have not heard from you regarding this very important matter.  We are once again asking that you contact us to discuss this matter.  If you fail to contact us by December 1, 2022, our next step is to pursue legal action.

You can reach us at 1-800-852-4450, Monday through Friday, form 7:00 a.m. to 6:00 p.m. CT.

Sincerely,

*Lauren Vander Linden*

Lauren Vander Linden
Assistant Director – Client Relationship
Annuity Services
515-235-5512

---

Principal Life Insurance Company / Principal Securities, Inc.

Securities offered through Principal Securities, Inc., 800.247.1737. Member SIPC. Principal Life and Principal Securities are members of Financial Group®, Des Moines, IA 50392.



EXHIBIT
F