IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-CV-10461-MJJ |
| ) | |
| MICHAEL JOEL VERNAZZARO, ) | |
| ) | |
| Defendant. ) | |

**RULE 37 MOTION FOR DEFAULT JUDGMENT**

Now comes the Plaintiff, Principal Life Insurance Company ("Plaintiff" or "Principal"), and respectfully moves that this Honorable Court issue an Order rendering a default judgment against the Defendant, Michael Joel Vernazzaro a/k/a Joel Michael Vernazzaro ("Defendant" or "Vernzzaro"). In support of this motion, Principal sates:

1. This litigation arises from Vernazzaro's wrongful retention of an overpayment of a life insurance annuity benefit.

2. On January 15, 2024, the Plaintiff Principal noticed the Deposition of the Defendant Vernazzaro for February 27, 2024. The Defendant's counsel advised that he was not available on that date, and as a result, Vernazzaro's deposition did not go forward.

3. After repeated requests for alternative dates for the Defendant's deposition, the Defendant's deposition was ultimately rescheduled by agreement for April 10, 2024. On February 27, 2024, the Defendant's deposition was re-Noticed for the April 10, 2024 date agreed upon.

4. Although the parties confirmed on April 9, 2024 that the Defendant's deposition would be going forward the next day, on April 10, 2024, the Defendant's counsel reported that the Defendant Vernazzaro was sick, and not able to attend his deposition.

298732837v.1

5. As a result, the Defendant's deposition did not go forward on April 10, 2024.

6. Despite making repeated requests to the Defendant for alternative dates for the Defendant's deposition, the Plaintiff Principal has received no response.

7. On May 20, 2024, Plaintiff Principal filed a motion with this Court seeking an Order Compelling the Defendant to appear for his deposition and to provide within five (5) days of the allowance of the motion at least three (3) alternative dates when the deposition may go forward on or before July 17, 2024, with additional dates to be provided if necessary until a mutually agreeable date may be identified. See Doc. 32.

8. On June 21, 2024, the Court issued an Order allowing Plaintiff Principal's motion to compel. See Doc. 36.

9. More than five (5) days have passed since the allowance of the motion to compel, yet Defendant has still not provided any dates when his deposition may go forward.

10. Pursuant to Fed. R. Civ. P. Rule 37(b)(2)(A)(vi), if a party fails to obey an order to provide or permit discovery, the court where the action is pending may issue further just orders. They may include the following: (vi) rendering a default judgment against the disobedient party.

11. Pursuant to Fed. R. Civ. P. Rule 37(d), when a party fails to attend his own deposition, the court where the action is pending may, on motion, order sanctions if a party fails, after being served with proper notice, to appear for that person's deposition. Sanctions may include rendering a default judgment.

Wherefore, the Plaintiff requests that this Court issue a judgment of default against the Defendant.

298732837v.1

|  |  |
|---|---|
| Dated: July 2, 2024 | Respectfully submitted,<br>The Plaintiff,<br>PRINCIPAL LIFE INSURANCE COMPANY,<br>By its attorneys,<br><br>*/s/ Tracy M. Waugh*<br>Tracy M. Waugh, BBO #561762<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>260 Franklin Street, 14th Floor<br>Boston, MA 02110<br>Tel. 617.422.5300<br>Fax. 617.423.6917<br>Tracy.Waugh@WilsonElser.com |

## CERTIFICATE OF SERVICE

I, Tracy M. Waugh, hereby certify that, on July 2, 2024, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

*/s/ Tracy M. Waugh*
Tracy M. Waugh, BBO #561762

## RULE 7.1 CERTIFICATION

I, Tracy M. Waugh, hereby certify that I have attempted to confer with Defendant's counsel and attempted in good faith to resolve or narrow the issues.

*/s/ Tracy M. Waugh*
Tracy M. Waugh, BBO #561762