IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-CV-10461-MJJ |
| | ) | |
| JOEL MICHAEL VERNAZZARO, | ) | |
| a/k/a MICHAEL VERNAZZARO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION OF PLAINTIFF, PRINCIPAL LIFE INSURANCE COMPANY, FOR ENTRY OF FINAL JUDGMENT

Plaintiff, Principal Life Insurance Company ("Plaintiff" or "Principal") respectfully moves this Honorable Court, pursuant to Rule 58(a) and (d) of the Federal Rules of Civil Procedure, for entry of final judgment against Defendant, Joel Michael Vernazzaro a/k/a Michael Vernazzaro, in a separate document.

By Order dated January 7, 2025, this Honorable Court GRANTED Principal's Motion for Summary Judgment, and ordered, "Judgment shall enter against Defendant in the sum certain amount of $139,973.48." See Docket No. 65. Also on January 7, 2025, this Honorable Court entered an "Order of Dismissal". See Docket No. 66. No final judgment for the sum certain amount ordered has been entered in a separate document.

Rule 58(a)(1) of the Federal Rules of Civil Procedure, titled Entering Judgment, states, in relevant part, that, "[e]very judgment … must be set out in a separate document … ." Although there are certain exceptions to this provision of Rule 58(a), none of those exceptions apply to the present matter. Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, a party may request that judgment be set out in a separate document as required by Rule 58(a).

WHEREFORE, Principal respectfully requests that final judgment be entered against the Defendant, Joel Michael Vernazzaro a/k/a Michael Vernazzaro, in a separate document, for the sum certain amount of $139,973.48.

Dated: January 10, 2025          Respectfully submitted,

PRINCIPAL LIFE INSURANCE COMPANY,
Plaintiff

By:____/s/ Tracy M. Waugh_____
Tracy M. Waugh, BBO #561762
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
Tel: 617-422-5300
Fax: 617-423-6917
Tracy.Waugh@WilsonElser.com

## CERTIFICATE OF SERVICE

I, Tracy M. Waugh, hereby certify that, on January 10, 2025, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via email and via first class mail on those indicated as non-registered participants.

_____/s/ Tracy M. Waugh_____
Tracy M. Waugh, BBO #561762

306800039v.1