UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Principal Life Insurance Company** )<br>Plaintiff, )<br>v. )<br> )<br>**Joel Michael Vernazzaro** )<br>Defendant )<br> ) | **1:23-cv-10461-MJJ** |

**FINAL JUDGMENT**

January 13, 2025

**Joun, D.J.**

In accordance with the Court's Electronic Order entered on and dated January 6, 2025, Judgment is hereby entered against defendant Joel Michael Vernazzaro (also known as Michael Vernazzaro) in the amount of $139,973.48.

/s/ **Myong J. Joun**
Myong J. Joun
United States District Judge